IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>JUAN J. ESTEBAN,<br><br>             Defendant. | ) 2:15-MJ-00240-AC<br>)<br>) [~~Proposed~~] ORDER TO CONTINUE<br>) COURT TRIAL<br>)<br>) DATE:  May 16, 2016<br>) TIME:  9:00 a.m.<br>) JUDGE: Hon. Allison Claire<br>)<br>)<br>)<br>) |

ORDER

It is hereby ordered that the court trial presently set for May 16, 2016 at 9:00 a.m. be continued to June 20, 2016 at 9:00 a.m.

DATED: March 15, 2016                    _____
                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE