HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant for the Federal Defender
HILLARY HERSHENOW
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JUAN J. ESTEBAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-MJ-240-AC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT TRIAL |
| v. | ) ) | Date: June 20, 2016 |
| JUAN J. ESTEBAN, | ) ) | Time: 9:00 a.m. Judge: Hon. Allison Claire |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney R. BENJAMIN NELSON and Chief Assistant Federal Defender LINDA C. ALLISON attorney for JUAN ESTEBAN, that the Court continue the Court Trial on June 20, 2016 to August 22, 2016 at 9 a.m.

The parties agree to the following briefing schedule and hearing date for pretrial motions:

Defense motions due: July 11, 2016 at 5 p.m.

Government's response to defense motions due: July 25, 2016 at 5 p.m.

Pre-trial motion hearing date: August 10, 2016 at 2 p.m.

///

///

-1-

| | |
|---|---|
| DATED: May 10, 2016 | Respectfully submitted, |
| | HEATHER WILLIAMS<br>Federal Defender |
| | /s/Linda Allison<br>LINDA ALLISON<br>Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>JUAN J. ESTEBAN |
| Dated: May 10, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ Linda C. Allison for<br>R. Benjamin Nelson<br>Special Assistant United States Attorney |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Dated: May 10, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-2-