PHILLIP A. TALBERT
Acting United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MJ-00240-AC |
| Plaintiff, | [~~Proposed~~] ORDER TO VACATE MOTION HEARING AND RESET TO CHANGE OF PLEA AND SENTENCING |
| v. | |
| JUAN J. ESTEBAN, | DATE: August 10, 2016 |
| | TIME: 2:00 p.m. |
| Defendant. | JUDGE: Hon. Allison Claire |

ORDER

It is hereby ordered that the motion hearing currently set for August 10, 2016 at 2:00 p.m. be vacated and reset to a change of plea and sentencing hearing. Additionally, the briefing schedule is hereby vacated.

DATED: July 13, 2016

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE