1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         ) 2:15-mj-00240-AC
                                      )
12            Plaintiff,              ) **ORDER TO SHOW CAUSE AND ORDER**
                                      ) **TO ISSUE SUMMONS RE: PROBATION**
13       v.                           ) **REVOCATION**
                                      )
14  JUAN J. ESTEBAN,                  )
                                      )
15            Defendant.              )
                                      )
16                                    )
                                      )
17  _____)

18              <u>**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**</u>

19       It is Hereby Ordered that the defendant shall appear on August

20  21, 2017, at 9:00 a.m. to show cause why the probation granted on

21  August 10, 2016, should not be revoked for the defendant's failure to

22  comply with his Court-ordered probation.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    It is further ordered that the Clerk's office shall issue a

2  summons directing the defendant to appear on August 21, 2017, at 9:00

3  a.m.

4    IT IS SO ORDERED.

5

6  Dated: August 3, 2017

7  _____

8  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28