PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN J. ESTEBAN,<br><br>  Defendant. | 2:15-mj-00240-AC<br><br>REQUEST TO WITHDRAW PETITION TO REVOKE PROBATION AND [~~Proposed~~] ORDER<br><br>Date: August 21, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Allison Claire |

### **REQUEST TO WITHDRAW PETITION**

On August 2, 2017, the United States filed a Petition for Revocation of Probation and Notice of Hearing alleging that the defendant had failed to pay his court-ordered restitution and mandatory special assessment in the total amount of $3,106.00. On August 7, 2017, the defendant paid his court-ordered restitution and special assessment. Accordingly, the United States seeks leave of

///
///
///
///

Court to withdraw the Petition for Revocation of Probation and asks the Court to vacate the hearing set for August 21, 2017.

DATED: August 10, 2017

PHILLIP A. TALBERT
United States Attorney

By: */s/ Robert J. Artuz*
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

**ORDER**

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant JUAN J. ESTEBAN is GRANTED. It is further ordered that the probation revocation hearing scheduled on August 21, 2017, is VACATED.

DATED: August 10, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE